PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Francisco Malespina                                  Cr.: 14-00455-001
                                                                       PACTS #: 338354

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/22/2016

Original Offense: 18 U.S.C. § 1349 Conspiracy to Commit Wire Fraud

Original Sentence: 18 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Denial of Computer, Alcohol/Drug Testing and Treatment, Mental Health Treatment, New Debt Restrictions.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 10/25/16

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender tested positive for cocaine on December 22, 2016, and marijuana on January 11, 2017. He also admitted to getting intoxicated by drinking excessive alcohol on January 20, 2017. |

U.S. Probation Officer Action:
The offender's treatment for co-occurring disorders at St. Mark's was increased in frequency, as well as urine screenings were increased in response to the aforementioned non-compliance.

Respectfully submitted,

By: Jessica M. Alberts
    Senior U. S. Probation Officer
Date: 03/13/2017

Prob 12A – page 2
Francisco Malespina

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other  Treatment frequency y Testing to increase

_____
Signature of Judicial Officer

3/16/17
Date